# IN THE
# INDIANA TAX COURT
### CASE NO. 24T-TA-00013

DAVID A. and NICHELLE L. GERTZ,    )
    )
    Petitioners,    )
    )
    v.    )
    )
PORTER COUNTY ASSESSOR,    )
    )
    Respondent.    )

FILED

Feb 03 2026, 3:03 pm

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

## FINAL DECISION ON REHEARING
## PURSUANT TO INDIANA APPELLATE RULE 63(B)

David Gertz, pro se, petitioned for rehearing from this Court's opinion issued on December 22, 2025. Porter County Assessor, by counsel, did not file a response to this petition. The Court hereby GRANTS the petition for the sole purpose of making the following modification to the December 22 decision in this matter: the first sentence of the third paragraph in Section I.C., located on page 24, is changed to more accurately differentiate between the various Form 11 Notice documents Gertz filed with the Indiana Board of Tax Review. The Court issues a new opinion on this date consistent with this modification.

The Court upholds its original conclusion and AFFIRMS the Board's final determination and its reversion to the previous year's assessed value.

IT IS THEREFORE ORDERED that judgment be, and is, entered in favor of the

Respondent and against the Petitioners. The parties shall bear their own costs.

SO ORDERED this 3rd day of February 2026.

_____

Justin L. McAdam
Judge, Indiana Tax Court

Distribution:
David A. Gertz, Nichelle L. Gertz, Mark E. GiaQuinta, Nicholas M. Brady